U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 6 2018

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOEL JIMENEZ-RAMIREZ, Petitioner | CIVIL ACTION NO. 1:17-CV-1412-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 petition is DENIED and DISMISSED, with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26th day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE